FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE MENDOZA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GUNDERSON RAIL SERVICES, LLC, an Oregon limited liability company,<br><br>      Defendant. | NO: 4:24-CV-5067-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 10. Plaintiff agrees to dismiss this lawsuit without prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class or class members. Plaintiff and Defendant agree that no party shall be deemed a prevailing party and no party shall be awarded fees or costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. Pursuant to the parties' stipulation, this action is **DISMISSED** without prejudice and without fees or costs to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 19, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2